## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 09-16011 |
| | ) | Honorable Richard L. Bohanon |
| Michael L. Calloway, Sr., | ) | |
| Lillie E. Calloway, | ) | |
| Debtors. | ) | Chapter 7 |

## ENTRY OF APPEARANCE AND
## REQUEST FOR ALL NOTICES AND PLEADINGS

PLEASE TAKE NOTICE THAT:

Pursuant to Bankruptcy Rules 2002(g) and 9010(b), John W. Mee III of the law firm of MEE MEE HOGE & EPPERSON PLLP, hereby enters his appearance as counsel for Chrysler Financial Services Americas, L.L.C., f/k/a DaimlerChrysler Financial Services Americas, L.L.C., a creditor in the above-styled bankruptcy proceeding, and requests that copies of all notices and pleadings in this case be mailed to him at the address stated below. The Clerk of the Court is requested to place John W. Mee III on the mailing matrix in the above styled case.

DATED this 8th day of December, 2009.

/s/ John W. Mee III
JOHN W. MEE III, OBA# 013915
MEE MEE HOGE & EPPERSON PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118
Telephone:   (405) 848-9100
Facsimile:   (405) 848-9101
ATTORNEYS FOR CHRYSLER
FINANCIAL SERVICES AMERICAS, L.L.C.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2009, a true and correct copy of the Entry of Appearance was electronically served using the CM/ECF system, namely:

Jerry D. Brown, Attorney for Debtors
Lyle R. Nelson, Chapter 7 Trustee
Herbert M. Graves, U.S. Trustee

Further, I certify that on the 8th day of December, 2009, copies of the Entry of Appearance were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

DEBTORS
Michael L. Calloway, Sr.
Lillie E. Calloway
P.O. Box 2031
Edmond, OK 73083

ATTORNEY
Jerry D. Brown, Esq.
5500 N. Western, Suite 150
Oklahoma City, OK 73118

By:**/s/ John W. Mee, III**
John W. Mee III, OBA#013915
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118
Telephone: (405) 848-9100
Facsimile: (405) 848-9101
ATTORNEYS FOR CHRYSLER
FINANCIAL SERVICES AMERICAS, L.L.C.