

**Dated: January 04, 2010 11:13:26**

**The following is ORDERED:**

Richard L. Bohanon
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | Case No. 09-16011 |
| | ) | Honorable Richard L. Bohanon |
| Michael L. Calloway, Sr., | ) | |
| Lillie E. Calloway, | ) | |
| Debtors. | ) | Chapter 7 |

**ORDER TERMINATING AUTOMATIC STAY**
**AND ORDER DIRECTING TRUSTEE TO ABANDON PROPERTY**

This cause comes on for consideration of the Motion for an Order to Modify the Automatic Stay and the Motion for an Order of Trustee to Abandon Property, filed by Chrysler Financial Services Americas, L.L.C. f/k/a DaimlerChrysler Financial Services Americas, L.L.C. ("Chrysler Financial") in the matter. Counsel represents that the Motion was fled on December 8, 2009, served on all parties in interest pursuant to the Local Bankruptcy Rule 9007, and the last date for filing objections was December 28, 2009, which has passed with no objection thereto being served and filed. Therefore, the motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion to Modify Automatic Stay and the Motion for Trustee to Abandon Property are hereby sustained as to the following described property: 2006 Chrysler 300, VIN: 2C3KA43R96H366054 and 2006 Chrysler 300C, VIN: 2C3KA43R56H367279.

Further, this Order shall be deemed to constitute the abandonment of said property by the Trustee.

Further, the ten (10) day waiting period imposed by Fed. R. Bk. Proc. 4001(a)(3) is waived.

Further, it is ordered that the automatic stay is terminated to allow Chrysler Financial to pursue all remedies not consistent with Title 11 U.S.C. and to issue all notices required by state and/or federal law, regulation or statute.

The Movant shall notify all interested partied of this Order.

###

APPROVED FOR AND ENTERED BY:

By:**/s/ John W. Mee III**  
John W. Mee III OBA#013915  
50 Penn Place  
1900 NW Expressway, Suite 1400  
Oklahoma City, OK 73118  
Telephone: (405) 848-9100  
Facsimile: (405) 848-9101  
Attorney for Chrysler Financial

By: **/s/ Marilyn J. Washburn**  
Marilyn J. Washburn, OBA#22814  
7700 Bonhomme Avenue, 7th Floor  
St. Louis, MO  63105  
(314) 727-0101  
Attorneys for Chrysler Financial