

**Dated: February 17, 2010 14:57:36**

**The following is ORDERED:**

Richard L. Bohanon
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| MICHAEL L. CALLOWAY SR. And LILLIE ) | Case No. 09-16011--BH |
| E. CALLOWAY, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

**ORDER EXTENDING DEADLINE FOR RED RIVER ROOFING, INC. TO FILE COMPLAINT OBJECTING TO THE DEBTORS' DISCHARGE AND FOR DETERMINATION OF DISCHARGEABILITY OF A DEBT**

This matter comes on for consideration pursuant to the Motion to Extend Time for Filing Complaint Objecting to the Debtors' Discharge and For Determination of Dischargeability of a Debt, and Brief in Support ("Motion") (docket sheet item No. 32) filed on January 25, 2010 by Red River Roofing and Construction, Inc. On January 25, 2010, the Motion was electronically transmitted by Red River Roofing's counsel to the clerk of the court using the ECF System, and the court clerk transmitted the Motion to the ECF registrants, who include the Debtors' counsel and the Chapter 7 Trustee.

On January 25, 2010, the Motion was also mailed by Red River Roofing's counsel to the Debtors. Under LCvR 7.2 (W.D. Court rules) and Local Rule 9013(e), the last date to object or otherwise respond to the Motion was no later than February 12, 2010. There was no objection to the Motion. Therefore, the Motion is deemed confessed pursuant to Local Rule 9013(f). Accordingly, the court holds that the Motion should be, and is hereby, granted. Wherefore: (1) The deadline for Red River Roofing to file an adversary complaint to determine the dischargeability of its debt pursuant to 11 U.S.C. § 523(a) and (c)(1) is hereby extended to and through March 26, 2010; and (2) The deadline for Red River Roofing to file an adversary complaint objecting to the Debtors' discharge under 11 U.S.C. § 727 is hereby extended to and through March 26, 2010. All findings of fact are based upon representations of counsel.

# # # #

Approved For Entry:
/s/ David L. Nunn
DAVID L. NUNN, OBA #14512
- Of the Firm -
DAVID L. NUNN, P.C.
PO Box 230
Edmond, OK 73083-0230
405-330-4053
405-330-8470 (fax)
ATTORNEY FOR RED RIVER ROOFING
AND CONSTRUCTION, INC.