

Dated: February 17, 2010 14:57:36

**The following is ORDERED:**

Richard L. Bohanon
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:                                                                                    )
                                                                                          )
MICHAEL L. CALLOWAY SR. And LILLIE         )         Case No. 09-16011--BH
E. CALLOWAY,                                                  )         Chapter 7
                                                                                          )
   Debtors.                                                                    )

**ORDER EXTENDING DEADLINE FOR RED RIVER ROOFING, INC. TO FILE COMPLAINT OBJECTING TO THE DEBTORS' DISCHARGE AND FOR DETERMINATION OF DISCHARGEABILITY OF A DEBT**

This matter comes on for consideration pursuant to the Motion to Extend Time for Filing Complaint Objecting to the Debtors' Discharge and For Determination of Dischargeability of a Debt, and Brief in Support ("Motion") (docket sheet item No. 32) filed on January 25, 2010 by Red River Roofing and Construction, Inc. On January 25, 2010, the Motion was electronically transmitted by Red River Roofing's counsel to the clerk of the court using the ECF System, and the court clerk transmitted the Motion to the ECF registrants, who include the Debtors' counsel and the Chapter 7 Trustee.

On January 25, 2010, the Motion was also mailed by Red River Roofing's counsel to the Debtors. Under LCvR 7.2 (W.D. Court rules) and Local Rule 9013(e), the last date to object or otherwise respond to the Motion was no later than February 12, 2010. There was no objection to the Motion. Therefore, the Motion is deemed confessed pursuant to Local Rule 9013(f). Accordingly, the court holds that the Motion should be, and is hereby, granted. Wherefore: (1) The deadline for Red River Roofing to file an adversary complaint to determine the dischargeability of its debt pursuant to 11 U.S.C. § 523(a) and (c)(1) is hereby extended to and through March 26, 2010; and (2) The deadline for Red River Roofing to file an adversary complaint objecting to the Debtors' discharge under 11 U.S.C. § 727 is hereby extended to and through March 26, 2010. All findings of fact are based upon representations of counsel.

# # # #

Approved For Entry:
/s/ David L. Nunn
DAVID L. NUNN, OBA #14512
- Of the Firm -
DAVID L. NUNN, P.C.
PO Box 230
Edmond, OK 73083-0230
405-330-4053
405-330-8470 (fax)
ATTORNEY FOR RED RIVER ROOFING
AND CONSTRUCTION, INC.

# CERTIFICATE OF NOTICE

```
District/off: 1087-5          User: bsm                   Page 1 of 2                   Date Rcvd: Feb 17, 2010
Case: 09-16011                Form ID: pdf003             Total Noticed: 94


The following entities were noticed by first class mail on Feb 19, 2010.
db/jdb        +Michael L. Calloway, Sr.,    Lillie E. Calloway,    PO Box 2031,    Edmond, OK 73083-2031
aty           +Angela N. Stuteville,    The Gooding Law Firm,    1200 City Place Building,
                204 North Robinson Avenue,    Oklahoma City, OK 73102-7001
aty            David L. Nunn,    David L. Nunn, P.C.,    PO Box 230,    Edmond, OK  73083-0230
aty           +Gretchen Crawford,    Assistant District Attorney,    Oklahoma County Treasurer,
                320 Robert S. Kerr, Suite 320,    Oklahoma City, OK 73102-3457
aty           +Jerry D. Brown,    Jerry D. Brown, P.C.,    5500 N. Western, Suite 150,
                Oklahoma City, OK 73118-4016
aty           +Joe M Lozano, Jr.,    Brice, Vander Linden & Wernick PC,    9441 LBJ Freeway, Ste. 250,
                Dallas, TX 75243-4640
aty           +John W. Mee, III,    50 Penn Place,    1900 NW Expressway Suite 1400,
                Oklahoma City, OK 73118-1801
aty           +Kathryn A Klein,    Riezman Berger PC,    7700 Bonhomme Ave 7th Floor,    St. Louis, MO 63105-1960
aty           +Michael W. McCoy,    Baer, Timberlake, Coulson & Cates, P.C.,
                6846 South Canton Avenue, Suite 100,    Tulsa, OK 74136-3413
tr            +Lyle R. Nelson,    Two Leadership Square,    211 N. Robinson, ste 1300,
                Oklahoma City, OK 73102-7114
ust           +U.S. Trustee,    United States Trustee,    215 Dean A. McGee Ave., 4th Floor,
                Oklahoma City, OK 73102-3440
cr            +BAC Home Loans Servicing, L.P. FKA Countrywide Hom,    Baer, Timberlake, Coulson, & Cates, P.C.,
                c/o Michael W. McCoy,    6846 South Canton Avenue, Suite 100,    Tulsa, OK 74136-3413
cr            +Bank Of The West,    The Gooding Law Firm, PC,    c/o O. Clifton Gooding,
                1200 City Place Building,    204 N. Robinson Avenue,    Oklahoma City, OK 73102-7001
cr            +Chrysler Financial Services Americas, L.L.C.,    c/o Riezman Berger, P.C.,    7700 Bonhomme Ave.,
                7th Floor,    St. Louis, MO 63105-1960
cr            +Chrysler Financial Services Americas, L.L.C.,    John W. Mee III,    Mee Mee Hoge & Epperson PLLP,
                50 Penn Place,    1900 NW Expressway, Suite 1400,    Oklahoma City, OK 73118-1801
cr            +Oklahoma County Treasurer,    320 Robert S Kerr Ave,    Room 307,    Oklahoma City, OK 73102-3441
4567990      ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court:  ADVANTA BANK CORP,     PO BOX 8088,    PHILADELPHIA PA 19101-8088)
4567993       +AMERICAN EXPRESS,    % CO FINANCIAL SYSTEMS,    PO BOX 15760,    WILMINGTON DE 19850-5760
4567992        AMERICAN EXPRESS,    % NATIONWIDE CREDIT,    PO BOX 740640,    ATLANTA GA 30374-0640
4567994        AMERICAN EXPRESS,    % UNITED RECOVERY SYSTEMS,    PO BOX 722929,    HOUSTON TX 77272-2929
4567991        AMERICAN EXPRESS,    PO BOX 981535,    EL PASO TX 79998-1535
4567995       +AOL,    PO BOX 30622,    TAMPA FL 33660-1622
4567996        BANK OF AMERICA,    PO BOX 15026,    WILMINGTON DE 19850-5026
4567997        BANK OF AMERICA,    PO BOX 15184,    WILMINGTON DE 19850-5184
4567998        BANK OF AMERICA,    PO BOX 650070,    DALLAS TX 75265-0070
4568001       +BEALLS,    PO BOX 495,    HOUSTON TX 77001-0495
4568000       +BEALLS,    % NORTHLAND GROUP INC,    PO BOX 390846,    MINNEAPOLIS MN 55439-0846
4568002       +BRUCE F. KLEIN,    MITCHELL KLEIN PICKENS & PECK,    512 NW 12TH,    OKLAHOMA CITY OK 73103-2407
4626405       +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
4568003        CAPITAL ONE,    P O BOX 30285,    SALT LAKE CITY UT 84130-0285
4568004        CAPITAL ONE,    PO BOX 30273,    SALT LAKE CITY UT 84130-0273
4567987        CERTEGY CHECK SERVICES,    PO BOX 30031,    TAMPA FL 33630-3031
4568005        CHASE,    P.O. BOX 15298,    WILMINGTON DE 19850-5298
4568006        CHASE,    PO BOX 15548,    WILMINGTON DE 19886-5548
4568007       +CHASE,    PO BOX 29550 AZ1-2004,    PHOENIX AZ 85038-9550
4568009        CHASE AUTO FINANCE,    PO BOX 901076,    FORT WORTH TX 76101-2076
4568010       +CHASE AUTO FINANCE,    4900 MEMORIAL HIGHWAY,    2ND FLOOR,    TAMPA FL 33634-7536
4567986       +CHECK RITE,    3535 NW 58TH SUITE 480,    OKLAHOMA CITY OK 73112-4824
4567985       +CHEXSYSTEMS,    ATTN CUSTOMER RELATIONS,    7805 HUDSON ROAD,    SUITE 100,    WOODBURY MN 55125-1703
4568011      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court:  CHRYSLER FINANCIAL,     PO BOX 9001921,    LOUISVILLE KY 40290-1921)
4568012        CITI BUSINESS CARD,    PO BOX 6235,    SIOUX FALLS SD 57117-6235
4568013       +COMPUTER ZONE INC,    169 W 15TH ST,    EDMOND OK 73013-3604
4568014        CONSERVICE UTILITY MANAGEMENT,    PO BOX 4717,    LOGAN UT 84323-4717
4568015       +CROWE & DUNLEVY, P. C.,    20 N. BROADWAY, SUITE 1800,    OKLAHOMA CITY OK 73102-8273
4568016        DAVID L NUNN PC,    PO BOX 230,    EDMOND OK 73083-0230
4567982        EQUIFAX INFORMATION SERVICES LLC,    PO BOX 740256,    ATLANTA GA 30374-0256
4568019       +EVA JO SPACKS,    2308 NW 57TH ST,    OKLAHOMA CITY OK 73112-7302
4567983       +EXPERIAN,    701 EXPERIAN PARKWAY,    PO BOX 2002,    ALLEN TX 75013-2002
4568020       +FIRST EQUITY CARD,    PO BOX 84075,    COLUMBUS GA 31908-4075
4568021        GM CARD,    PO BOX 80082,    SALINAS CA 93912-0082
4568022       +HIBDON TIRES PLUS,    PO BOX 81315,    CLEVELAND OH 44181-0315
4568023        HSBC BANK,    PO BOX 5253,    CAROL STREAM IL 60197-5253
4567980        IRS,    P.O. BOX 21126,    PHILADELPHIA PA 19114
4568024        JUNIPER BANK,    PO BOX 13337,    PHILADELPHIA PA 19101-3337
4568026       +MIDWEST RADIOLOGY ASSOCIATES PC,    PO BOX 269046,    OKLAHOMA CITY OK 73126-9046
4568027       +MIDWEST REGIONAL MEDICAL CENTER,    2825 PARKLAWN DR,    MIDWEST CITY OK 73110-4201
4568028       +MITCHELL KLEIN PICKENS & PECK,    ATTN: BRUCE F. KLEIN,    101 PARK AVENUE STE 250,
                OKLAHOMA CITY OK 73102-7205
4568029        OFFICE DEPOT,    PO BOX 689020,    DES MOINES IA 50368-9020
4568030       +OKLAHOMA COUNTY TREASURER,    320 ROBERT S KERR ROOM 307,    OKLAHOMA CITY OK 73102-3441
4568031        OKLAHOMA GAS AND ELECTRIC COMPANY,    PO BOX 24990,    OKLAHOMA CITY OK 73124-0990
4568032       +OKLAHOMA HEALTH CARE AUTHORITY,    PO BOX18299,    OKLAHOMA CITY OK 73154-0299
4568033       +OKLAHOMA MEDICAL SPECIALISTS,    8121 NATIONAL AVENUE SUITE 150,    MIDWEST CITY OK 73110-7570
4567981        OKLAHOMA TAX COMMISSION,    LEGAL DIVISION,    120 N. ROBINSON,    SUITE 2000 W,
                OKLAHOMA CITY OK 73102-7801
4568034       +PARK AT MEMORIAL LTD P/S,    DBA PARK AT MEMORIAL APARTMENTS,    4201 W MEMORIAL,
                OKLAHOMA CITY OK 73134-1773
4568035        PHILLIPS 66/CONOCO,    PO BOX 689141,    DES MOINES IA 50368-9141
```

```
District/off: 1087-5          User: bsm                    Page 2 of 2               Date Rcvd: Feb 17, 2010
Case: 09-16011                Form ID: pdf003              Total Noticed: 94

4568036        PIKEPASS CUSTOMER SERVICE CENTER,    PO BOX 268803,     OKLAHOMA CITY OK 73126-8803
4568037        PINNACLE RECOVERY INC,    PO BOX 130848,     CARLSBAD CA 92013-0848
4568038       +REBECCA KING SCHNEIDER,    4901 RICHMOND SQUARE,     STE 100,    OKLAHOMA CITY OK 73118-2000
4568039       +REBECCA SCHNEIDER,    %WARREN W. HENSON, III,    4901 RICHMOND SQUARE, STE 104,
                OKLAHOMA CITY OK 73118-2000
4568040       +RED RIVER ROOFING & CONSTRUCTION, INC,    %DAVID L NUNN,     PO BOX 230,    EDMOND OK 73083-0230
4567988       +SCAN,    SUPERVISOR LEGAL DEPT,    19803 NORTH CREEK PKWY,     BOTHELL WA 98011-8214
4568042        SHELL FLEET,    PO BOX 689081,    DES MOINES IA 50368-9081
4568043       +SOONER ANSWER SERVICE INC,    501 WEST EDMOND ROAD,     EDMOND OK 73003-5622
4568044       +T-MOBILE,    % GC SERVICES, LP COLLECTIONS,    6330 GULFTON,     HOUSTON TX 77081-1108
4568045        T-MOBILE,    ATTN: BANKRUPTCY,    P.O. BOX 37380,     ALBUQUERQUE, NM 87176-7380
4568046       +TAN AND TONE AMERICA,    6444 NW EXPRESSWAY,    SUITE 253E,     OKLAHOMA CITY OK 73132-5131
4567989       +TELECHECK INTL INC,    SUPERVISOR LEGAL DEPT,    5251 WESTHEIMER 2ND FLOOR,    HOUSTON TX 77056-5412
4568047       +THE GREENS COUNTRY CLUB, LLC,    13100 GREEN VALLEY DR,     OKLAHOMA CITY OK 73120-8899
4567984        TRANS UNION CORPORATION,    PO BOX 2000,    CRUM LYNNE PA 19022-2002
4568048       +UNIVERSITY OF ARKANSAS,    % EDUCATIONAL COMPUTER SYSTEMS, INC,     181 MONTOUR RUN ROAD,
                CORAOPOLIS PA 15108-9408
4567979       +US ATTORNEYS OFFICE,    210 W. PARK AVENUE, SUITE 400,     OKLAHOMA CITY OK 73102-5628
4568049      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK,    PO BOX 6353,    FARGO ND 58125-6353)
4567978       +US DEPT OF JUSTICE CIV TRIAL,    TAX DIVISION CENTRAL REGION,     P.O. BOX 7238 BEN FRANKLIN ST.,
                WASHINGTON DC 20044-7238
4568052       +WELLS FARGO,    PO BOX 348750,    SACRAMENTO CA 95834-8750
4568051       +WELLS FARGO,    % PRIMARY FINANCIAL SERVICES,    3115 NORTH 3RD AVENUE, STE 112,
                PHOENIX AZ 85013-4359
4568053       +WESTGATE RESORTS,    2801 OLD WINTER GARDEN RD,     OCOEE FL 34761-2965

The following entities were noticed by electronic transmission on Feb 17, 2010.
cr            +E-mail/Text: bknotices@bankofthewest.com                             Bank of the West,
                1450 Treat Blvd,    Walnut Creek, CA 94597-7579
4567999       +E-mail/Text: bknotices@bankofthewest.com                             BANK OF THE WEST,    PO BOX 8050,
                WALNUT CREEK CA 94596-8050
4568008        Fax: 602-221-4614 Feb 17 2010 22:11:20       CHASE AUTO FINANCE,    P O BOX 78067,
                PHOENIX AZ 85062-8067
4568017        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2010 01:12:34       DISCOVER,    PO BOX 30421,
                SALT LAKE CITY UT 84130-0421
4568018        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2010 01:12:34       DISCOVER,    PO BOX 3008,
                NEW ALBANY OH 43054-3008
4568025        E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2010 00:42:51       LOWE'S,    P. O. BOX 981064,
                EL PASO TX 79998-1064
4568041        E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2010 00:42:51       SAM'S CLUB,    PO BOX 981064,
                EL PASO TX 79998-1064
4568050        E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2010 00:42:50       WAL MART,    PO BOX 981064,
                EL PASO TX 79998-1064
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2010**               **Signature:**  *Joseph Speetjens*