UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| MICHAEL L. CALLOWAY SR. And | ) Case No. 09-16011--BH |
| LILLIE E. CALLOWAY, | ) Chapter 7 |
| | ) |
| Debtors. | ) |

## NOTICE OF MAILING OF SUBPOENA

This is to certify that a copy of the Subpoena Under the Bankruptcy Code subpoenaing documents from Bank of the West, and issued in this matter on February 25, 2010, is being mailed, postage prepaid on the 25th day of February, 2010, to:

Michael L. Calloway, Sr.
PO Box 2031
Edmond, OK 73083

Lillie E. Calloway
PO Box 2031
Edmond, OK 73083

Perception Consulting, LLC,
c/o Stephen Dyer--Service Agent
6444 NW Expressway, Ste. 253E
Oklahoma City, OK 73132

A Plus Medical Care, Inc.
c/o Michael Calloway, Sr.--Service Agent
PO Box 2031
Edmond, OK 73083

A Plus Medical Care of Oklahoma, Inc.
c/o Michael Calloway, Sr.--Service Agent
PO Box 2031
Edmond, OK 73083

VEMAC, LLC, aka VEMAC Group
c/o Stephen Dyer--Service Agent
2801 Coltrane Place, Suite 2
Edmond, OK 73034

Medical Enterprises, Inc.
c/o Michael Calloway, Sr.--Service Agent
PO Box 2031
Edmond, OK 73083

Part-Time Service LLC
c/o Michael Calloway, Sr.--Service Agent
PO Box 2031
Edmond, OK 73083

The Next Level Sports Management, Inc.
c/o Michael Calloway, Sr.--Service Agent
PO Box 2031
Edmond, OK 73083

Jerry D. Brown
Attorney at Law
5500 N. Western, Ste. 150
Oklahoma City, OK 73118

1–

Bank of the West
1101 North Santa Fe Ave.
Edmond, OK 73003

O.Clifton Gooding
The Gooding Law Firm
1200 City Place
204 N. Robinson Ave.
Oklahoma City, OK 73102

Respectfully submitted,


  s/ David L. Nunn
DAVID L. NUNN, OBA #14512

-Of the Firm-

DAVID L. NUNN, P.C.
PO Box 230
Edmond, Oklahoma 73083-0230
(405) 330-4053
(405) 330-8470 (fax)
ATTORNEY FOR RED RIVER ROOFING AND CONSTRUCTION, INC.

2–