UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| MICHAEL L. CALLOWAY SR. And | )   Case No. 09-16011--BH |
| LILLIE E. CALLOWAY, | )   Chapter 7 |
| | ) |
| Debtors. | ) |

## NOTICE OF MAILING OF SUBPOENA

This is to certify that a copy of the Subpoena Under the Bankruptcy Code subpoenaing

documents from Tinker Federal Credit Union, and  issued in this matter on February 25, 2010, is

being  mailed, postage prepaid on the 25th day of February, 2010, to:


Michael L. Calloway, Sr.
PO Box 2031
Edmond, OK 73083

Lillie E. Calloway
PO Box 2031
Edmond, OK 73083

Perception Consulting, LLC,
c/o Stephen Dyer--Service Agent
6444 NW Expressway, Ste. 253E
Oklahoma City, OK 73132

A Plus Medical Care, Inc.
c/o Michael Calloway, Sr.--Service Agent
PO Box 2031
Edmond, OK 73083

A Plus Medical Care of Oklahoma, Inc.
c/o Michael Calloway, Sr.--Service Agent
PO Box 2031
Edmond, OK 73083

VEMAC, LLC, aka VEMAC Group
c/o Stephen Dyer--Service Agent
2801 Coltrane Place, Suite 2
Edmond, OK 73034

Medical Enterprises, Inc.
c/o Michael Calloway, Sr.--Service Agent
PO Box 2031
Edmond, OK 73083

Part-Time Service LLC
c/o Michael Calloway, Sr.--Service Agent
PO Box 2031
Edmond, OK 73083

The Next Level Sports Management, Inc.
c/o Michael Calloway, Sr.--Service Agent
PO Box 2031
Edmond, OK 73083

Jerry D. Brown
Attorney at Law
5500 N. Western, Ste. 150
Oklahoma City, OK 73118

Tinker Federal Credit Union
PO Box 45750
Tinker Afb, OK 73145

1–

Respectfully submitted,

  s/ David L. Nunn
DAVID L. NUNN, OBA #14512

-Of the Firm-

DAVID L. NUNN, P.C.
PO Box 230
Edmond, Oklahoma 73083-0230
(405) 330-4053
(405) 330-8470 (fax)
ATTORNEY FOR RED RIVER ROOFING
AND CONSTRUCTION, INC.