UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:                                    )
                                          )
MICHAEL L. CALLOWAY SR. And               )    Case No. 09-16011--BH
LILLIE E. CALLOWAY,                       )    Chapter 7
                                          )
        Debtors.                          )

## NOTICE OF MAILING OF SUBPOENA

        This is to certify that a copy of the Subpoena Under the Bankruptcy Code subpoenaing

documents from Yukon National Bank, and  issued in this matter on February 25, 2010, is being

mailed, postage prepaid on the 25th day of February, 2010, to:

Michael L. Calloway, Sr.                  Lillie E. Calloway
PO Box 2031                               PO Box 2031
Edmond, OK 73083                          Edmond, OK 73083

State Farm Fire and Casualty              Jerry D. Brown
Regional Claims Office                    Attorney at Law
PO Box 21890                              5500 N. Western, Ste. 150
Tulsa, OK 74121                           Oklahoma City, OK 73118

                                          Respectfully submitted,

                                            s/ David L. Nunn
                                          DAVID L. NUNN, OBA #14512

                                          -Of the Firm-

                                          DAVID L. NUNN, P.C.
                                          PO Box 230
                                          Edmond, Oklahoma 73083-0230
                                          (405) 330-4053
                                          (405) 330-8470 (fax)
                                          ATTORNEY FOR RED RIVER ROOFING
                                          AND CONSTRUCTION, INC.

1–