

**Dated: March 01, 2010 12:09:54**

**The following is ORDERED:**

*T.M. Weaver*
T.M. Weaver
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | |
| MICHAEL L. CALLOWAY, SR. | Case No.: BK-09-16011-BH |
| LILLIE E. CALLOWAY, | Chapter 7 |
| DEBTORS. | |

### ORDER FOR RELIEF FROM THE
### AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

This matter comes before this Court upon Motion by BAC HOME LOANS SERVICING, L.P., FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., for relief from the automatic stay and abandonment of property as set forth in its Motion filed February 4, 2010.

Upon representation of counsel, the Motion was served by United States mail with proper postage affixed on all parties in interest, pursuant to Local Bankruptcy Rule 9007, on February 4, 2010, and no objection has been served within the time to object, including applicable allowance of three (3) days for mailing, which expired on February 19, 2010.

IT IS THEREFORE ORDERED that the requested relief from the automatic stay imposed under §362 of the Bankruptcy Code is granted and the Trustee is directed to abandon the following described property:

LOT NINE (9), BLOCK NINE (9) OF OAK BROOK, SECOND ADDITION
TO THE CITY OF EDMOND, OKLAHOMA COUNTY, OKLAHOMA
A/K/A 313 ROCKYPOINT DRIVE, EDMOND, OK 73003.
a/k/a 19445 Sportsmans Road, Edmond, OK  73012

# # #

APPROVED FOR ENTRY:

s/ Michael W. McCoy
Michael W. McCoy, O.B.A. # 16690
6846 South Canton Ave., Ste. 100
Tulsa, OK  74136
Ph. (918) 491-3100
Fax (918) 491-5424
Attorney for Movant