

**Dated: April 27, 2010 13:56:14**

**The following is ORDERED:**

*T.M. Weaver*
_____
T.M. Weaver
United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:  MICHAEL L. CALLOWAY, SR., ) | |
| LILLIE E. CALLOWAY, ) | Case No. BK-09-16011-RLB |
| ) | Chapter 7 |
| Debtors. ) | |

### ORDER MODIFYING STAY AND ABANDONING COLLATERAL

Counsel represents that the motion by Bank of the West ("BOW") for relief from the automatic stay and abandonment of property was filed on January 6, 2010, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was January 23, 2010, which has passed with no objection thereto being served and filed. Therefore, the motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the requested relief from the automatic stay imposed by §362 of the Bankruptcy Code is granted and the Debtors and Trustee are directed to abandon the following described property:

**LOT FIVE (5), IN BLOCK ONE IN SPORTSMAN'S LAKE ESTATES 1 IN OKLAHOMA COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF.  A/K/A 19445 SPORTSMAN ROAD, EDMOND, OKLAHOMA 73012.**

The Court further Orders, that the relief granted herein is immediate pursuant to FRBP 4000(a)(1), that the fourteen (14) days stay requirement under FRBP 4000(a)(3) shall not apply.

# # #

APPROVED FOR ENTRY:

BANK OF THE WEST

By:  /s/  Angela N. Stuteville
     O. Clifton Gooding (OBA #10315)
     Angela N. Stuteville (OBA #19231)

Of the Firm:

THE GOODING LAW FIRM
A Professional Corporation
1200 City Place Building
204 North Robinson
Oklahoma City, OK  73102
405.948.1978 - Telephone
405.948.0864 – Facsimile
astuteville@goodingfirm.com - Email

Attorney(s) for BANK OF THE WEST