SAT-73205 1087-5 ordtrn6 09-16011
Western District of Oklahoma
USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
In the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

RECEIVED
AUG 25 2010
CLERK US BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

001864 1864 1 AV 0.332 50368 00 6570-0-1864
PHILLIPS 66/CONOCO
PO BOX 689141
DES MOINES IA 50368-9141

7310203440

FORWARD TIME EXP RTN TO SEND
X 503 NFE 1 409F 00 08/23/10
:CONOCO
PO BOX 653052
DALLAS TX 75265-3052

RETURN TO SENDER