THU - 73005 1087-5 ordrm96 09-16011
Western District of Oklahoma
USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
**UNITED STATES BANKRUPTCY COURT**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

RECEIVED
AUG 25 2010
CLERK U S BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

FIRST-CLASS MAIL

002299 2299 1 AV 0.332 50368 1 7 6568-0-2299
PHILLIPS 66/CONOCO
PO BOX 689141
DES MOINES IA 50368-9141

73102@3440

FORWARD TIME EXP RTN TO SEND
X 503 NFE 1 409F 00 08/22/10
:CONOCO
PO BOX 653082
DALLAS TX 75265-3052
RETURN TO SENDER